IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DEVAN BROWN, | ) | Case No. 1:21 cv 0092 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| INDUSTRIAL FIRST, INC., | ) | |
| | ) | **MINUTES & ORDER** |
| Defendants. | ) | |
| | ) | |

This case settled during the case management conference on March 8, 2021.  Accordingly, this case is dismissed with prejudice, with each party to bear its own costs.  Notice by the Clerk of Courts is hereby waived.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

**IT IS SO ORDERED.**

Dated: March 8, 2021                    *s/Dan Aaron Polster*
                                       United States District Judge